**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No.   11-cr-00050-CMA

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MARK DUBIE,

  Defendant.

---

## ORDER EXONERATING BOND

---

  As a result, all the conditions of an appearance bond imposed by the Curt as a pretrial matter to secure the Dfendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

  ORDERED that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

  ORDERED that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the Defendant.

  DATED at Denver, Colorado, this 14th day of December, 2011.

       BY THE COURT:

       By:_____
        UNITED STATES DISTRICT JUDGE
        DISTRICT OF COLORADO